ER


FILED IN OPEN COURT
ON 10-24-13
Julia A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-299-1BO(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| FREDY LEONEL ANDINO | ) | |
| a/k/a Luis Alfredo Rodriguez | ) | |

The Grand Jury charges:

### COUNT ONE

On or about February 7, 2013, in the Eastern District of North Carolina, the defendant, FREDY LEONEL ANDINO, a citizen of Honduras, did knowingly make a false statement and claim that he is a citizen and national of the United States, with the intent to engage unlawfully in employment in the United States, in violation of Title 18, United States Code, Section 1015(e).

### COUNT TWO

On or about February 7, 2013, in the Eastern District of North Carolina and elsewhere, FREDY LEONEL ANDINO, defendant herein, did knowingly transfer, use and possess, without lawful authority, a means of identification of another person, to wit, a name and social security number, during and in relation to a felony enumerated in

18 U.S.C. §1028A(c)(4), to wit, the false claim of United States citizenship, with the intent to engage unlawfully in employment in the United States, in violation of Title 18, United States Code, Section 1015(e), as charged in Count One, all in violation of Title 18, United States Code, Section 1028A.

## COUNT THREE

From at least sometime in 2001, the exact date being unknown to the Grand Jury, and continuously thereafter up to and including on or about October 22, 2013, in the Eastern District of North Carolina and elsewhere, the defendant, FREDY LEONEL ANDINO, an alien, did elude examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(2).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
FOREPERSON

22 Oct 2013
_____
DATE

THOMAS G. WALKER
United States Attorney

BY: EVAN RIKHYE
Assistant United States Attorney